UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                  Civil No. 18-13251

vs.                                    Honorable: Laurie J. Michelson

Sixty-Nine Thousand Six Hundred Dollars
($69,600) in U.S. Currency,

        Defendant *In Rem*.
_____/

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter having come before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment and Final Order of Forfeiture Against all Interested Parties as to the Defendant *In Rem*, and the Court being fully advised in the premises, it is:

**ORDERED, ADJUDGED and DECREED** that the United States' Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties as to the Defendant *In Rem* is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Defendant *In Rem*, which consists of Sixty-Nine Thousand Six Hundred Dollars ($69,600) in U.S. Currency, is **FORFEITED** to the United States pursuant to 21 U.S.C. § 881(a)(6).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that any right, title, or ownership interest of Georgia Pulluaim or Robert Payne, or their successors and assigns, to the Defendant *In Rem*, and any right, title or ownership interest of any and all other persons, or their successors and assigns, to the Defendant *In Rem* is **EXTINGUISHED**, and clear title to the Defendant *In Rem* is **VESTED** in the United States.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the United States Marshal's Service, or its designee, is **AUTHORIZED** to dispose of the Defendant *In Rem* according to law.

Date: June 10, 2019

s/Laurie J. Michelson
United States District Judge